## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Frank Escalona    JOINT DEBTOR: Aileen I. Escalona    CASE NO.: 15-12327
Last Four Digits of SS# 5862    Last Four Digits of SS# 7682

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $1,074.85 for months __1__ to __60__;
B. $_____ for months ____ to ____;
C. $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500.00    TOTAL PAID $1,000.00
Balance Due $2,500.00    payable $100.00/month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. PNC Mortgage           Arrearage on Petition Date  $00
Address: P.O. Box 65314    Arrears Payment  $00 /month (Months ____ to ____)
         Carol Stream IL 60197   Regular Payment  $835.00 /month (Months 1 to 60)
Account No: 1384624

2. _____         Arrearage on Petition Date  $_____
Address: _____   Arrears Payment  $_____ /month (Months ____ to ____)
         _____   Regular Payment  $_____ /month (Months ____ to ____)
Account No: _____

3. _____         Arrearage on Petition Date  $_____
Address: _____   Arrears Payment  $_____ /month (Months ____ to ____)
         _____   Regular Payment  $_____ /month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
                       Payable    $_____/month (Months ___ to ___) Regular Payment $_____
2. _____    Total Due  $_____
                       Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $42.14 /month (Months 1 to 25). $142.14 mo (mo 26 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Arrears on condo Association and Regions Second Mortgage a motion to strike and disallow will be filed

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____            _____
Debtor                                Joint Debtor
Date: 02/20/15                        Date: 2/20/15

LF-31 (rev. 01/08/10)