UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

[✓] __first__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ] _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Frank Escalona    JOINT DEBTOR: Aileen I. Escalona    CASE NO.: 15-12327
Last Four Digits of SS# 5862    Last Four Digits of SS# 7682

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $1,356.83 for months 1 to 60 ;
- B. $_____ for months ____ to ____ ;
- C. $_____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500.00    TOTAL PAID $ 1,000.00
Balance Due $ 2,500.00    payable $ 100.00 /month (Months 1 to 25 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. PNC Mortgage                     Arrearage on Petition Date  $ 0
   Address: P.O. Box 6534            Arrears Payment            $ 0       /month (Months ____ to ____ )
   CAROL STREAM, IL. 60197           Regular Payment            $ 835.00  /month (Months 1 to 60 )
   Account No: 0001384624

2. LOM Vlg. Homes Master Maint.     Arrearage on Petition Date  $ 0
   Address: P.O. Box 628207          Arrears Payment            $ 0       /month (Months ____ to ____ )
   Orlando, FL 32862                 Regular Payment            $ 178.00  /month (Months 1 to 60 )
   Account No: 60643

3. LOM Master Residential           Arrearage on Petition Date  $ 0
   Address: P.O. Box 028104          Arrears Payment            $ 0       /month (Months ____ to ____ )
   Miami, FL 33102                   Regular Payment            $ 78.34   /month (Months 1 to 60 )
   Account No: 08400040036401

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $_____
                        Payable   $_____ /month (Months ____ to ____) Regular Payment $_____
2. _____     Total Due $_____
                        Payable   $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 42.14 /month (Months 1 to 25 ). $142.14 month (Month 26 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Arrears on condoAssociations & Regions Second Mortgage a Motion to strike & disallow will be filed. Bank of AmericaAcct #0498 11015 SW 56 St Miami, FL has been surrender by foreclosure. At the request of the Chapter 13 on or before May 15, of each year during the pendency of the of the planthe debtors will file the document listed inSec 521(f)(1),(2),(3) & (4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                    _____
Debtor                                       Joint Debtor
Date:                                        Date: